**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-1177 |
| | ) | |
| v. | ) | ***Electronically Filed*** |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**

Defendant, Action Skill Games, LLC, by and through its undersigned counsel, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: August 7, 2020

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of August, 2020, a copy of the forgoing **RULE 7.1**

**DISCLOSURE STAEMENT OF DEFENDANT** was served via overnight courier and e-mail

on the following counsel for Plaintiff:

Gregg R. Zegarelli
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine