**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**JOSHUA C. LEWIS**
 CLERK OF COURT        IN REPLYING GIVE NUMBER
 412–208–7500         OF CASE AND NAMES OF PARTIES

Date: August 7, 2020

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

     **RE:  PENNSYLVANIA SKILL GAMES, LLC vs. ACTION SKILL GAMES, LLC**
      Case Number:  **2:20–CV–01177–PLD**

Dear Commissioner:

  In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

        Sincerely,

        JOSHUA C. LEWIS
        CLERK OF COURT

     By:  /s/ **Michael Ayoob**
        Deputy Clerk

Enclosures