### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | ***Electronically Filed*** |
| Defendant. | ) | |

### JOINT MOTION FOR EXTENSION OF TIME FOR
### DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

AND NOW, comes Plaintiff, Pennsylvania Skill Games, LLC, ("Plaintiff"), and Defendant, Action Skill Games, LLC ("Defendant") (collectively, "the Parties"), who jointly file this **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND PLAINTIFF'S COMPLAINT**, as follows:

1.      On June 29, 2020, Plaintiff filed its Complaint in the Court of Common Pleas for Beaver County, Pennsylvania (ECF No. 4, Ex. A).

2.      On August 7, 2020, Defendant filed a Notice of Removal in this Honorable Court (ECF No. 4).

3.      Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's time to answer or present other defenses or objections is seven (7) days after the notice of removal is filed, namely, August 14, 2020.

4.      On August, 12, 2020, Plaintiff and Defendant met and conferred regarding the sufficiency of Plaintiff's pleading, and a possible motion to dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(6).  Upon meeting and conferring, the Parties agreed to make this joint motion for the purpose of providing the Parties additional time to evaluate their respective positions.

No. 2:20-cv-01177-PLD

5.      Accordingly, the Parties request an additional 10 days for Defendant to respond to Plaintiff's Complaint.

6.      The parties reserve all rights to which they are otherwise entitled.

7.      No prejudice will be suffered by any party if this extension is granted.

WHEREFORE, the Parties respectfully request that this Honorable Court extend the time for Defendant to file a response to Plaintiff's Complaint to **August 24, 2020**.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: August 13, 2020

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Defendant*

*AND*

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, P.C.**

Dated: August 13, 2020

s/ *Gregg R. Zegarelli*
Gregg R. Zegarelli (PA ID No. 52717)
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff*

2

No. 2:20-cv-01177-PLD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of August, 2020, I electronically filed the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine