**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | ***Electronically Filed*** |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

TO:   CLERK OF COURT

Kindly enter my appearance on behalf of Defendant, ACTION SKILL GAMES, LLC, in the above-captioned matter.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: August 13, 2020

s/ *David A. DuMont*
David A. DuMont (PA ID No. 205858)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
ddumont@webblaw.com

*Attorney for Defendant*

No. 2:20-cv-01177-PLD

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2020, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

THE WEBB LAW FIRM

s/ *David A. DuMont*
David A. DuMont