**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | ***Electronically filed*** |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

AND NOW, comes Plaintiff, Pennsylvania Skill Games, LLC, ("Plaintiff") with consent of Defendant Action Skill Games ("Defendant") as follows:

1.      Reference is made to this Court's Order, dated August 13, 2020, granting the Joint Motion for Extension of Time to File Answer to Plaintiff's Complaint.  Pursuant to the referenced Order, Defendant's response is due on or before August 24, 2020.  [Dkts. 5, 6]

2.      As a result of the "meet and confer" specified in the referenced Motion [Dkt. 5], Plaintiff has decided, without admission or waiver, to amend its Complaint in an attempt to avoid dispositive motion practice.

3.      Accordingly, Plaintiff requests seven (7) calendar days from this date to file an Amended Complaint, which moots Defendant's deadline set forth in this Court's Order, dated August 13, 2020. [Dkt. 6]

4.      Defendant consents to the relief requested.  "The court should freely give leave when justice so requires."  *See,* Fed.R.Civ.P. 15(a)(2).

5.      No prejudice will be suffered by any party if this extension is granted.

No. 1:19-CV-00146-MJH

6.     The parties reserve all rights to which they are otherwise entitled.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant leave for Plaintiff to amend the Complaint.

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

_s/Gregg Zegarelli_
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.833.0600
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
_Attorney for Plaintiff_

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **CONSENT MOTION FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/Gregg Zegarelli*
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.833.0600
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff*