## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | *Electronically filed* |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2020, based upon the **CONSENT MOTION FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Plaintiff is granted leave to file an Amended Complaint on or before August 26, 2020.

BY THE COURT:

_____ J.