### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | *Electronically filed* |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO MOTION TO INTERVENE BY POM OF PENNSYLVANIA, LLC, T/D/B/A PACE-O-MATIC, SAVVY DOG SYSTEMS, LLC

AND NOW COMES Defendant Action Skill Games, LLC ("Defendant"), by and through its undersigned counsel, and hereby files this response to the Motion to Intervene by POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic and Savvy Dog Systems, LLC (collectively "Intervenors").

Defendant responds that it has no objection to Intervenor's Motion to Intervene. While Defendant does not object to intervention in this case by Intervenors, however, Defendant makes no representations or admission and takes no positions at this time regarding any substantive position taken by Intervenors or Plaintiffs in this case or Case No. 2:18-cv-722, pending before this Honorable Court, or any other case concerning the subject matter thereof. Defendant reserves all rights and remedies in that regard.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: September 8, 2020

s/ *John W. McIlvaine*

John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)
David A. DuMont (PA ID 205858)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200

No. 2:20-cv-01177-PLD

Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
ddumont@webblaw.com

*Attorneys for Defendant*

No. 2:20-cv-01177-PLD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of September, 2020, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO MOTION TO INTERVENE BY POM OF PENNSYLVANIA, LLC, T/D/B/A PACE-O-MATIC, SAVVY DOG SYSTEMS, LLC,** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine