# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| | ) | Magistrate Judge Patricia L. Dodge |
| v. | ) | |
| | ) | ***Electronically filed*** |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC AND SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
| Intervenors. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR COUNTERCLAIM DEFENDANT TO RESPOND TO COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM**

AND NOW, comes Counterclaim Defendant, Pennsylvania Skill Games, LLC, ("Counterclaim Defendant"), and Counterclaim Plaintiff, Action Skill Games, LLC ("Counterclaim Plaintiff") (collectively, "the Parties"), who jointly file this **JOINT MOTION FOR EXTENSION OF TIME FOR COUNTERCLAIM DEFENDANT TO RESPOND COUNTERCLAIM DEFENDANT'S COMPLAINT**, as follows:

1. On September 14, 2020, Counterclaim Plaintiff filed a Counterclaim in this action. [ECF 18]

2. Counterclaim Defendant has sought to confer regarding a possible motion to dismiss Counterclaim Plaintiff's counterclaim under Fed. R. Civ. P. 12(b)(6). Because of

scheduling constraints, the Parties agreed to make this joint motion for the purpose of providing the Parties additional time to confer and to evaluate their respective positions.

3.    Accordingly, the Parties request an additional 10 days for Counterclaim Defendant to respond to Counterclaim Plaintiff's Complaint.

4.    The Parties reserve all rights to which they are otherwise entitled.

5.    No prejudice will be suffered by any party if this extension is granted.

WHEREFORE, the Parties respectfully request that this Honorable Court extend the time for Counterclaim Defendant to file a response to Counterclaim Plaintiff's Complaint to **October 15, 2020**.

Dated:  October 2, 2020                              Respectfully submitted,

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815  412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Counterclaim Plaintiff*

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

s/*Gregg Zegarelli*
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262 412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Counterclaim Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of October, 2020, I electronically filed the foregoing

**JOINT MOTION FOR EXTENSION OF TIME FOR COUNTERCLAIM DEFENDANT**

**TO RESPOND COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM** with the Clerk of the

Court using the CM/ECF system which sent notification to all counsel of record.

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/Gregg Zegarelli*
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Counterclaim Defendant*