**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff / Counterclaim Defendant, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | ***Electronically filed*** |
| | ) | |
| Defendant / Counterclaim Plaintiff | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC and | ) | |
| SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
| Intervenors. | ) | |

**CONSENT MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER AND FIRST AMENDED COUNTERCLAIMS**

Defendant / Counterclaim Plaintiff Action Skill Games, LLC (herein: "Action"), by and through its undersigned counsel, and pursuant to Rule 15(a)(2), hereby move for leave to file its First Amended Answer to Amended Complaint and First Amended Counterclaims. Action requests leave to do so by **October 14, 2020.**

Plaintiff / Counterclaim Defendant Pennsylvania Skill Games, LLC Consents to the relief requested herein.

WHEREFORE, Action requests that this Court grant this Motion.

A proposed order is attached.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: October 12, 2020

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)

No. 2:20-cv-01177-PLD

David A. DuMont (PA ID No. 205858)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
ddumont@webblaw.com
*Attorneys for Defendant*

            *AND*

**TECHNOLOGY & ENTREPRENEURIAL
VENTURES LAW GROUP, P.C.**

Dated: October 12, 2020            s/ *Gregg R. Zegarelli*
                                   Gregg R. Zegarelli (PA ID No. 52717)
                                   2585 Washington Road, Suite 134
                                   Summerfield Commons Office Park
                                   Pittsburgh, PA 15241
                                   412.559.5262
                                   412.833.0601 (fax)
                                   gregg.zegarelli@zegarelli.com
                                   *Attorney for Plaintiff*

2

No. 2:20-cv-01177-PLD

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2020, I electronically filed the foregoing

**CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND FIRST**

**AMENDED COUNTERCLAIMS** with the Clerk of the Court using the CM/ECF system which

sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine