IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:20-cv-1177 |
| v. | ) ) | Electronically Filed |
| ACTION SKILL GAMES, LLC., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that a Telephonic Initial Case Management Conference in the above-captioned case is scheduled for December 4, 2020, at 9:30 a.m. Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer no later than November 20, 2020 with respect to all matters outlined in Fed. R. Civ. P. 26(f). The parties shall file the written report required by Rule 26(f), which shall be in the form set forth in Appendix LCvR16.1.A of the Court's Local Rules, no later than November 27, 2020. In addition, pursuant to Local Rule 16.2, no later than November 27, 2020, the parties shall file the Stipulation Selecting ADR Process, which is available on the Court's website www.pawd.uscourts.gov.

It is further **ORDERED** that no later than November 20, 2020, the parties shall either consent to jurisdiction by the magistrate judge or elect to have a district judge assigned to the case by completing the Consent to Jurisdiction by United States Magistrate Judge/District Judge Option form, found on the Court's website, and shall file the form with the Clerk's Office.

**SO ORDERED** this 30th day of October, 2020.

/s/Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge