1354203

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES LLC,

    Plaintiff,

        v.

ACTION SKILL GAMES, LLC,

    Defendant,

    and

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

    Intervenors.

CIVIL ACTION NO. 2:20-cv-01177-PLD

The Honorable Patricia L. Dodge

**JURY TRIAL DEMANDED**

## INTERVENING DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Intervening Defendants, POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC (collectively, hereinafter referred to as "Intervenors" or "POM"), by and through counsel, file the within Motion for Leave to File Consent to Trial/Jurisdiction by US Magistrate Judge:

1.     This Honorable Court entered a preliminary scheduling Order on October 30, 2020 **(ECF Document No. 26)** requiring the parties to file a Consent to Jurisdiction by United States Magistrate Judge/District Judge Option form by November 20, 2020.

2.     Counsel for Intervenors completed the form, but due to an administrative error failed to complete the filing process on November 20, 2020.

3.     This error was discovered on the morning of November 30, 2020, and this Motion was prepared and filed within an hour of discovery.

13349275v1

4.    Counsel for Intervenors apologizes for the error and seeks Leave of Court to file the required form.

WHEREFORE, Intervenors, POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC request Leave of Court to file the Consent to Jurisdiction by United States Magistrate Judge/District Judge Option.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser

Julian E. Neiser
Pa. Id. No. 87306

T:  412-325-1116
F:  412-325-3324
E:  jneiser@spilmanlaw.com

One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219

**Attorneys for Intervening Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC**

2

1354203

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES LLC,

        Plaintiff,

        v.

ACTION SKILL GAMES, LLC,

        Defendant,

        and

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Intervenors.

CIVIL ACTION NO. 2:20-cv-01177-PLD

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave was served

upon the undersigned counsel of record this 30th day of November, 2020 via the Court's

CM/ECF System:

| | |
|---|---|
| Via email to mailroom.grz@zegarelli.com | Via email to jmcilvaine@webblaw.com<br>abrooks@webblaw.com |
| Gregg R. Zegarelli, Esquire<br>Zegarelli Technology & Entrepreneurial<br>   Ventures Law Group, P.C.<br>2585 Washington Road, Suite 134<br>Summerfield Commons Office Park<br>Pittsburgh, PA  15241 | John W. McIlvaine, Esquire<br>Anthony W. Brooks, Esquire<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA  15222 |
| **Counsel for Plaintiff Pennsylvania Skill Games LLC** | **Counsel for Defendant Action Skill Games, LLC** |
| | SPILMAN THOMAS & BATTLE, PLLC |
| | /s/ Julian E. Neiser<br>Julian E. Neiser |