IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC, )
            Plaintiff, )
)
   v. )
)    Civil Action No. 2:20-1177
ACTION SKILL GAMES, LLC, )
)
        Defendant, )
)
   and )
)
)
POM OF PENNSYLVANIA, LLC, )
trading and doing business as )
PACE-O-MATIC, and SAVVY DOG )
SYSTEMS, LLC, )
        Intervenors. )

## CASE MANAGEMENT ORDER

AND NOW, this 4th day of December, 2020, it is ORDERED that this action is placed under Local Rule 16.1 of this Court for pretrial proceedings and all provisions of the Rule will be strictly enforced.

Compliance with provisions of Rule 16.1 shall be completed as follows:

1.  The parties shall file an ADR Stipulation by December 18, 2020 which identifies the neutral, provides the date of the hybrid ENE/mediation session and identifies the party representatives who will be in attendance.

2.  The parties will make the disclosures required by Federal Rule of Civil Procedure 26(a)(1) by December 18, 2020.

3.  The parties shall move to amend the pleadings or add new parties by January 8, 2021.

4. The parties shall complete fact discovery by June 4, 2021. All interrogatories, depositions, requests for admission, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

5. In the event that a discovery dispute cannot be resolved after the parties meet and confer, the parties shall jointly contact Mackenzie Eckenrode, the Court's Deputy Clerk, by email at Mackenzie_eckenrode@pawd.uscourts.gov and provide a brief description of the nature of the dispute. The Court will then schedule a telephone conference to discuss the dispute.

6.  The court will conduct a post-discovery status conference by telephone on June 14, 2021 at 11 a.m. Trial counsel shall participate and the parties shall be available by telephone.

Counsel shall confer with their clients prior to all case management, status, and pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of this litigation.

BY THE COURT:

/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge

2