## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff/Counterclaim
        Defendant,

    v.

ACTION SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff,

   and

POM OF PENNSYLVANIA, LLC AND
SAVVY DOG SYSTEMS, LLC,

        Intervenors.

---

CIVIL ACTION NUMBER:
No. 2:20-cv-01177-PLD

Magistrate Judge Patricia L. Dodge

### **PROPOSED ORDER**

This Court has reviewed Plaintiff's Motion for Clarification of Case Management Order [ECF 37]. As Plaintiff has raised numerous substantive and procedural objections to ADR other than a mediation, and because all parties have consented at least to mediation pursuant in their 26(f) Report [ECF 30, §16], the parties shall conduct mediation pursuant to ADR Policies and Procedures §3. The Court's Case Management Order, dated December 4, 2020, [ECF 37] remains otherwise effective as stated therein.

 

_____
Magistrate Judge Patricia L. Dodge