**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff / Counterclaim Defendant, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | *Electronically filed* |
| | ) | |
| Defendant / Counterclaim Plaintiff | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC and SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
| Intervenors. | ) | |

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, Plaintiff Pennsylvania Skill Games, LLC, Defendant Action Skill Games, LLC and Intervenors POM of Pennsylvania, LLC and Savvy Dog Systems, LLC respectfully move for entry of the proposed Stipulated Protective Order filed herewith and attached as Exhibit 1.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: May 12, 2021

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com

No. 2:20-cv-01177-PLD

*Attorneys for Defendant/Counterclaim Plaintiff*

**ZEGARELLI TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

s/ *Gregg R. Zegarelli*
Gregg R. Zegarelli
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff/Counterclaim Defendant*

**SPILMAN THOMAS & BATTLE, PLLC**

s/ *Julian E. Neiser*
Julian E. Neiser
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
412.325.1116
412.325.3324 (fax)
jneiser@spilmanlaw.com
*Attorney for Intervenors*

2

No. 2:20-cv-01177-PLD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of May, 2021, I electronically filed the foregoing **MOTION FOR PROTECTIVE ORDER UNDER LPR 2.2** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine