**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff / Counterclaim Defendant, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| ACTION SKILL GAMES, LLC, | ) | *Electronically filed* |
| | ) | |
| Defendant / Counterclaim Plaintiff | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC and SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
| Intervenors. | ) | |

## <u>DEFENDANT'S MOTION TO EXTEND DISCOVERY</u>

AND NOW comes Defendant, Action Skill Games, LLC ("Action") who files this **MOTION TO EXTEND DISCOVERY**, and in support therefore states as follows:

1.     Coordinating discovery amongst three parties, and the Alternative Dispute Resolution ("ADR"), has proven to be more time-consuming than anticipated.

2.     Relevant, proportional discovery from the related case, Case No. 2:18-cv-00722-PLD (W.D. Pa. filed May 31, 2018) ("the POM case"), has yet to be produced to Action.

3.     The date of ADR in this matter is scheduled for June 15, after the current date of June 4 for close of discovery, and the interests of justice support conserving the costs and resources that the parties will expend in rushing to complete discovery by June 4, including numerous party and third-party depositions. *See AT&T Mobility LLC v. Concepcion*, 563 U.S. 333, 348 (2011) (the purpose behind ADR is to make the process of litigation faster and less costly).

4.      Additionally, 10 deposition notices and/or subpoenas have been issued, including of third-parties, over the course of the past two weeks.  Extending the present schedule will avoid rushing and difficulties in attempting to schedule and take all such depositions between now and the present close of discovery.  For example, third-party Blue Sky Games LLC has already lodged objections to Plaintiff regarding its subpoena having a date of compliance of May 19, 2021. Extending discovery will also permit any additional discovery-related issues that arise during the noticed/subpoenaed depositions to be resolved within the discovery period, such as the production of additional documents determined to be relevant from a witness's deposition testimony.

5.      It is for these reasons that Action requests an extension of the discovery deadline from its current deadline of June 4, 2021 to a proposed new deadline of August 4, 2021.

6.      Plaintiff has indicated a willingness to consider holding some depositions after the close of discovery but opposes this Motion.

7.      Intervenors do not oppose this Motion.

WHEREFORE, for the reasons provided above, Action respectfully requests that this Honorable Court extend the case deadlines, including the discovery deadline.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: May 14, 2021

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Defendant*

No. 2:20-cv-01177-PLD

## CERTIFICATE OF CONFERRAL

Pursuant to LCvR 16.1.B.5, I certify that counsel for Defendant Action Skill Games, LLC conferred with counsel for Plaintiff Pennsylvania Skill Games, LLC and counsel for Intervenors POM of Pennsylvania, LLC and Savvy Dog Systems, LLC by teleconference on May 13, 2021 to address the particulars of this Motion.  Plaintiff's Counsel opposes the filing of this Motion. Counsel for Intervenors does not oppose the filing of this motion.

**THE WEBB LAW FIRM**

Dated: May 14, 2021

s/ *John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Defendant*

No. 2:20-cv-01177-PLD

## CERTIFICATE OF SERVICE

I hereby certify that on the 14ᵗʰ day of May, 2021, I electronically filed the foregoing

**DEFENDANT'S MOTION TO EXTEND DISCOVERY** with the Clerk of the Court using the

CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *John W. McIlvaine*
John W. McIlvaine