**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | No. 2:20-cv-01177-PLD |
| | ) | |
| | ) | Magistrate Judge Patricia L. Dodge |
| v. | ) | |
| | ) | ***Electronically filed*** |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC AND SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
| Intervenors. | ) | |

**JOINT MOTION FOR CLARIFICATION
BY REQUEST OF EARLY NEUTRAL EVALUATOR**

1. On December 14, 2020, this Court ordered ADR by Early Neutral Evaluation. [ECF 41, 66].

2. On March 15, 2021, this Court referred the Early Neutral Evaluation to Carole Katz, without specific details of how the neutral's compensation will be shared. [ECF 66, Exhibits 1.1, 1.2]

3. On April 26, 2021, the parties conducted the pre-ADR teleconference with the ADR Neutral pursuant to the Western District's ADR Policies and Procedures ("**ADRP&P**") §4.7.

4. The Neutral acknowledged the notice filing made by Plaintiff, *Notice of Status Report and Notice of Objection,* and that the ordered ADR is not proceeding upon consent of the parties, but solely by order of this Court. [ECF 67]

5.   The ADR Referral Order, ECF 66, did not contain a rate for ADR Neutral compensation, other than the hourly range set forth on the Court's website.  The same ADR Referral Order did not specify any division for payment by the parties, recognizing that this action includes party intervenors, but ADRP&P does not address any division of fees in the context of a case that includes any party intervenor.[1]

6.   The ADR Neutral requested that counsel seek clarification regarding the fee sharing, and the parties and their counsel consent to the Proposed Order filed herewith.

7.   Plaintiff's signature below is solely a consent directed to making clear record of this Court's order, and not a consent, vitiation or derogation of its objections set forth of record regarding conducting an ENE.  [ECF 67]

8.   This motion and the Proposed Order was reviewed by the ADR Neutral prior to filing and is made with the approval and consent of the ADR Neutral.

Dated:  May 31, 2021

---

[1] At the referenced teleconference, the ADR Neutral stated that her rate is $400 per hour.  Exhibits 1.1, 1.2 from the WD.Pa Website indicate an hourly rate range, that division of fees is equal between or among the parties, with a 4-hour minimum.

Respectfully submitted,

**SPILMAN THOMAS & BATTLE, PLLC**
*s/Julian Neiser*
Julian E. Neiser, Esq. (PA ID No. 87306)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
412.325.1116 412.325.3324 (fax)
jneiser@spilmanlaw.com
*Attorney for Intervenors*

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/ Gregg Zegarelli*
Gregg R. Zegarelli, Esq. (PA ID 52717)

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262 412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff/*
*Counterclaim Defendant*

**THE WEBB LAW FIRM**
*s/ John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815  412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Defendant/Counterclaim Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing **JOINT MOTION FOR CLARIFICATION** with the CM/ECF system which I believe sent notification to all counsel of record.

May 31, 2021

<div style="margin-left:auto;">

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/ Gregg Zegarelli*
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff/Counterclaim Defendant*

</div>

2