14089991

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff/Counterclaim
      Defendant,

        v.

ACTION SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff,

      and

POM OF PENNSYLVANIA, LLC t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Intervenors.

CIVIL ACTION

No. 2:20-cv-01177-PLD

The Honorable Patricia L. Dodge

### MOTION TO FILE EXHIBITS UNDER SEAL

AND NOW COMES Intervening Defendants, POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC (collectively, hereinafter referred to as "Intervenors" or "POM"), by and through counsel, move this Court to file an exhibit under seal:

1.     Intervenors are filing a response to the Joint Motion to Dismiss Without Prejudice [Document 75] filed by Plaintiff and Defendant.

2.     One of the exhibits Intervenors intend to file includes an email chain between counsel that contains information related to the settlement and the Motion before the Court.

3.     This email chain pertains to certain matters agreed to be maintained as "attorney eyes only."

14089991

4.      To ensure compliance with the agreements of counsel and to avoid disclosure of any attorney eyes only information, directly or by inference, it is requested that Intervenors be permitted to file its exhibit to the response under seal.

WHEREFORE, Intervenors, POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC request the Court enter the attached proposed order.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Intervening Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC**

14089991

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

   Plaintiff/Counterclaim
   Defendant,

    v.

ACTION SKILL GAMES, LLC,

   Defendant/Counterclaim
   Plaintiff,

  and

POM OF PENNSYLVANIA, LLC t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

   Intervenors.

CIVIL ACTION

No. 2:20-cv-01177-PLD

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing **Motion** was served upon counsel of record this 30th day of June, 2021 via email to the following:

| | |
|---|---|
| Via email to mailroom.grz@zegarelli.com | Via email to jmcilvaine@webblaw.com<br>abrooks@webblaw.com |
| | |
| Gregg R. Zegarelli, Esquire<br>Zegarelli Technology & Entrepreneurial<br> Ventures Law Group, P.C.<br>2585 Washington Road, Suite 134<br>Summerfield Commons Office Park<br>Pittsburgh, PA  15241 | John W. McIlvaine, Esquire<br>Anthony W. Brooks, Esquire<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA  15222 |
| **Counsel for Plaintiff Pennsylvania Skill Games LLC** | **Counsel for Defendant Action Skill Games, LLC** |

    SPILMAN THOMAS & BATTLE, PLLC

    By: /s/ Julian E. Neiser
      Julian E. Neiser