IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

        *Plaintiff*,

    v.

ACTION SKILL GAMES, LLC,

        *Defendant*.

Civil Action No. 2:20-cv-1177

Hon. William S. Stickman IV
Hon. Patricia L. Dodge

## ORDER OF COURT

AND NOW, this 2nd day of July 2021, IT IS HEREBY ORDERED that [75] Joint Motion by Plaintiff Pennsylvania Skill Games and Defendant Action Skill Games to Dismiss Without Prejudice is GRANTED. Further, [76] Joint Motion by Plaintiff Pennsylvania Skill Games and Defendant Action Skill Games to File Settlement Agreement Under Seal or for In Camera Review is DENIED AS MOOT. This action is dismissed without prejudice. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

s/  *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE