## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | ) | Civil Action |
| | ) | |
|     Plaintiff/Counterclaim | ) | No. 2:20-cv-01177-WSS-PLD |
|     Defendant, | ) | The Hon. William S. Stickman |
| | ) | |
|     v. | ) | |
| | ) | *Electronically filed* |
| ACTION SKILL GAMES, LLC, | ) | |
| | ) | |
|     Defendant/Counterclaim | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| POM OF PENNSYLVANIA, LLC AND | ) | |
| SAVVY DOG SYSTEMS, LLC, | ) | |
| | ) | |
|     Intervenors. | ) | |

## JOINT MOTION BY PLAINTIFF PENNSYLVANIA SKILL GAMES AND DEFENDANT ACTION SKILL GAMES FOR SUPPLEMENTAL OR TO OTHERWISE CLARIFY ORDER OF COURT [ECF 85] TO RETAIN JURISDICTION FOR ENFORCEMENT OF THE SETTLEMENT AGREEMENT

1.  Reference is made to the Joint Motion by Plaintiff Pennsylvania Skill Games and Defendant Action Skill Games for Dismissal without Prejudice [ECF 75] ("**Joint Motion to Dismiss**"), which was granted by Order dated July 2, 2021 [ECF 85].

2.  The Settlement Agreement as agreed by the moving parties referenced in the Joint Motion has a condition that this Court retain jurisdiction for enforcement purposes of the Settlement Agreement.  [ECF 75, Proposed Order].

3.  The joint moving parties request that this Court supplement and/or clarify its Order [ECF 85] to indicate that this Court retains jurisdiction for said purpose.

WHEREFORE, the parties move this Court to supplement and/or clarify its Order [ECF 85] to indicate that this Court retains jurisdiction for purpose of enforcing the Settlement Agreement.

Dated:  July 6, 2021


Respectfully submitted,

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/ Gregg Zegarelli*
Gregg R. Zegarelli, Esq. (PA ID 52717)

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262 412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff/*
*Counterclaim Defendant*

**THE WEBB LAW FIRM**

*/s John W. McIlvaine*
John W. McIlvaine (PA ID No. 56773)
Anthony W. Brooks (PA ID No. 307446)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815  412.471.4094 (fax)
jmcilvaine@webblaw.com
abrooks@webblaw.com
*Attorneys for Defendant/Counterclaim Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing **JOINT MOTION BY PLAINTIFF PENNSYLVANIA SKILL GAMES AND DEFENDANT ACTION SKILL GAMES TO SUPPLEMENT AND/OR TO CLARIFY** with the CM/ECF system which I believe sent notification to all counsel of record.

July 6, 2021

<div style="margin-left:40%">

**TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC**

*s/ Gregg Zegarelli*
Gregg R. Zegarelli

2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241
412.559.5262
412.833.0601 (fax)
gregg.zegarelli@zegarelli.com
*Attorney for Plaintiff/Counterclaim Defendant*

</div>