# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff/Counterclaim
Defendant,

  v.

ACTION SKILL GAMES, LLC,

      Defendant/Counterclaim
Plaintiff,

and

POM OF PENNSYLVANIA, LLC AND
SAVVY DOG SYSTEMS, LLC,

      Intervenors.

CIVIL ACTION NUMBER:
2:20-cv-01177-WSS-PLD
The Hon. William S. Stickman

## ~~PROPOSED~~ ORDER

Reference is made to the Order of this Court, dated July 2, 2021, [ECF 85]. Said Order is hereby clarified that, for the purpose of enforcement of the Settlement Agreement between Plaintiff and Defendant, this Court retains jurisdiction for the same.

7-6-2021

_____
Judge William S. Stickman